UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONNIE SCOTT,

    Plaintiff,

v.

ERIC GOLDING, et al.,

    Defendants.

Case No. 19-cv-06046-HSG

**ORDER DENYING AS MOOT REQUEST FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Re: Dkt. No. 19

Plaintiff, an inmate at California State Prison – Los Angeles County, filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 alleging that officials at Pelican Bay State Prison, where he was previously housed, violated his constitutional rights. Now pending before the Court is plaintiff's request for leave to file an amended complaint that complies with the Court's January 21, 2020 order screening the amended complaint by excluding the claims and defendants dismissed in the screening order. Dkt. No. 19. Plaintiff's request is DENIED as moot. The effect of the Court's January 21, 2020 screening order is that Jim Robertson has been dismissed from this action, and that the due process and equal protection claims have been dismissed from this action. Plaintiff need not file an amended complaint that lists only cognizable claims and served defendants in order for the Court's January 21, 2020 screening order to have effect.

This order terminates Dkt. No. 19.

**IT IS SO ORDERED.**

Dated: 3/4/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge