UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONNIE SCOTT,

    Plaintiff,

v.

ERIC GOLDING, et al.,

    Defendants.

Case No. 19-cv-06046-HSG

**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO SERVE DEFENDANT KUMAR; DENYING REQUEST FOR U.S MARSHAL TO COMPLETE SERVICE ON DEFENDANT KUMAR**

Re: Dkt. Nos. 22, 23

Good cause being shown, plaintiff's request for an extension of time to serve defendant Kumar is GRANTED. Dkt. No. 22. Plaintiff shall effect service on defendant Kumar within ninety (90) days of the date of this order. Plaintiff's request that the U.S. Marshal complete service on defendant Kumar is DENIED as moot.[1] Dkt. No. 23. The Court has already ordered the U.S. Marshal to serve defendant Kumar. Dkt. No. 7.

This order terminates Dkt. Nos. 22 and 23.

**IT IS SO ORDERED.**

Dated: 3/12/2020

                                                                       _____
                                                                       HAYWOOD S. GILLIAM, JR.
                                                                       United States District Judge

---

[1] Plaintiff incorrectly states that Deputy Attorney General ("DAG") Wilfred Fong has waived any defects in service with respect to defendant Kumar. Dkt. No. 23 at 3. DAG Fong currently only represents defendant Golding. Dkt. No. 14; Dkt. No. 15 at 2.