UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONNIE SCOTT,

        Plaintiff,

   v.

ERIC GOLDING, et al.,

        Defendants.

Case No. 19-cv-06046-HSG

**ORDER DENYING AS MOOT REQUEST TO DISMISS CLAIMS AGAINST DEFENDANT KUMAR**

Re: Dkt. No. 30

Plaintiff, an inmate at California State Prison – Los Angeles County, filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against Pelican Bay State Prison ("PBSP") doctor Kumar and RN Golding. Dkt. Nos. 12, 13. Plaintiff has filed a motion requesting that the Court dismiss his claims against defendant Kumar without prejudice so that he can serve defendant Kumar. Dkt. No. 30. Plaintiff's request is DENIED as moot. On May 28, 2020, defendant Kumar appeared in this action by filing a waiver of reply and jury demand. Dkt. No. 33.

This order terminates Dkt. No. 30.

**IT IS SO ORDERED.**

Dated: 6/3/2020

*Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge