UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE SCOTT,<br><br>             Plaintiff,<br><br>        v.<br><br>ERIC GOLDING, et al.,<br><br>             Defendants. | Case No. 19-cv-06046-HSG<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANT KUMAR** |

Plaintiff, an inmate at California State Prison – Los Angeles County, filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against Pelican Bay State Prison ("PBSP") doctors Kumar and RN Golding.  Defendant Golding appeared in this action on January 29, 2020, Dkt. No. 14, and timely filed a dispositive motion on May 19, 2020, Dkt. No. 31.  Defendant Kumar appeared in this action on May 28, 2020. Dkt. No. 33.  Within sixty (60) days of the date of this order, defendant Kumar shall file his dispositive motion.  Plaintiff's opposition to the dispositive motion must be filed with the Court and served upon defendant Kumar no later than twenty-eight (28) days from the date the motion is filed.  Defendant Kumar shall file a reply brief no later than fourteen (14) days after the date the opposition is filed.  The motion shall be deemed submitted as of the date the reply brief is due.  No hearing will be held on the motion.

**IT IS SO ORDERED.**

Dated: 6/9/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge