UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE SCOTT,<br><br>          Plaintiff,<br><br>     v.<br><br>ERIC GOLDING, et al.,<br><br>          Defendants. | Case No. 19-cv-06046-HSG<br><br>**ORDER DENYING AS MOOT REQUEST FOR EXTENSION OF TIME TO OPPOSE DEFENDANT GOLDING'S SUMMARY JUDGMENT MOTION**<br><br>Re: Dkt. No. 36 |

Plaintiff's request for an extension of time to oppose defendant Golding's summary judgment motion is DENIED as moot. Dkt. No. 36. Plaintiff has already filed his opposition. Dkt. No. 39.

This order terminates Dkt. No. 36.

**IT IS SO ORDERED.**

Dated: 6/26/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge