UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONNIE SCOTT,

        Plaintiff,

v.

ERIC GOLDING, et al.,

        Defendants.

Case No. 19-cv-06046-HSG

**ORDER GRANTING REQUEST FOR SUBPOENAS**

Re: Dkt. No. 53

Plaintiff has filed a motion requesting that the Court issue him two blank subpoenas so that he may engage in discovery. Dkt. No. 53. Plaintiff's request is GRANTED. The Clerk shall send two blank subpoena forms to Plaintiff to complete and return to the Court for issuance by the Clerk and service by the United States Marshal.

This order terminates Dkt. No. 53.

**IT IS SO ORDERED.**

Dated: 12/28/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge