United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DONNIE SCOTT,<br><br>                    Plaintiff,<br><br>          v.<br><br>ERIC GOLDING, et al.,<br><br>                    Defendants. | Case No.  19-cv-06046-HSG<br><br>**ORDER GRANTING REQUEST TO RESET DEADLINES IN SCHEDULING ORDER**<br><br>Re: Dkt. No. 56 |

Good cause being shown, Plaintiff's request for an extension of the deadlines set forth in the scheduling order is GRANTED.  Dkt. No. 56.

The Court resets the relevant deadlines as follows.

By March 31, 2021, the parties shall conclude fact discovery.

By April 30, 2021, defendants shall file and serve a motion for summary judgment or other dispositive motion.  Defendants may simply re-file the summary judgment motions docketed at Dkt. Nos. 31 and 37 if they believe these summary judgment motions adequately address plaintiff's claims.  Defendants may also file new summary judgment motions if they so choose.

By May 31, 2021, Plaintiff shall file with the Court, and serve upon defendants, his opposition to the summary judgment or other dispositive motion.

Defendants shall file a reply brief no later than 14 days after the date they receive the opposition or the date the opposition is docketed in the electronic filing system, whichever is earlier.  The motion shall be deemed submitted as of the date the reply brief is due.

//

//

//

This order terminates Dkt. No. 56.

**IT IS SO ORDERED.**

Dated: 2/16/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California