UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE SCOTT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ERIC GOLDING, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-06046-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION**<br><br>Re: Dkt. No. 63 |

Good cause being shown, Plaintiff's request for an extension of time to file his opposition to Defendants' summary judgment motion is GRANTED. Dkt. No. 63. By June 25, 2021, Plaintiff shall file his opposition to Defendants' summary judgment motion. Defendants shall file a reply brief no later than 14 days after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

This order terminates Dkt. No. 63.

**IT IS SO ORDERED.**

Dated: 6/4/2021

　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　United States District Judge