1  ROB BONTA
   Attorney General of California
2  BRUCE MCGAGIN
   Supervising Deputy Attorney General
3  JAMIL R. GHANNAM
   Deputy Attorney General
4  State Bar No. 300730
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone: (916) 210-7674
    Fax: (916) 322-8288
7   E-mail: Jamil.Ghannam@doj.ca.gov
   *Attorneys for Defendants E. Golding, R.N. and D.*
8  *Kumar, M.D.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| **DONNIE SCOTT,**<br><br>Plaintiff,<br><br>v.<br><br>**JIM ROBERTSON, RN ERIC GOLDING; DR. DEVINDER KUMAR,**<br><br>Defendants. | 4:19-cv-06046-HSG<br><br>**STIPULATION AND ORDER DISMISSING DEFENDANTS E. GOLDING AND D. KUMAR AND SUBSTITUTING CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION AS DEFENDANT (as modified)** |

Pursuant to the following recitals, Plaintiff Donnie Scott (Plaintiff), Defendants E. Golding, R.N., and Dr. D. Kumar (Defendants) and the California Department of Corrections and Rehabilitation (CDCR) (collectively Parties), stipulate as follows:

1. The Court has jurisdiction over the subject matter of this action and each party. Venue of this action is proper in the United States District Court for the Northern District of California.

2. The parties appeared at settlement conferences before Magistrate Judge Robert Illman on June 27, 2022, and August 11, 2022. At the conclusion of the August 11, 2022

1

settlement conference, a final offer to settle the case was extended to defendants and subsequently accepted on August 26, 2022. Pursuant to the terms of this settlement, Plaintiff agreed to substitute and name CDCR in place of Defendants E. Golding and D. Kumar nunc pro tunc, and Plaintiff agreed to dismiss his lawsuit in exchange for monetary payment of sixteen thousand dollars ($16,000) to be paid by CDCR.

3. Plaintiff's operative complaint (Doc. 12) alleges Defendants E. Golding and D. Kumar were employed by CDCR at all relevant times. Pursuant to California Government Code, section 825(a), public entities are required to defend and indemnify their employees and former employees and pay any compromise or settlement of a claim or action arising from any alleged act or omission occurring within the scope of their employment.

4. The Parties accordingly desire and stipulate to amend or modify the operative Complaint (Doc. 12) to name CDCR as the sole Defendant in place of E. Golding and D. Kumar. The Parties, therefore, desire and request that the Court enter an order amending or modifying the operative Complaint (Doc. 12) to name CDCR as Defendant, substituting CDCR in place of E. Golding and D. Kumar. The Parties further agree and stipulate that any answer or responsive pleading filed in this case shall be deemed to have been made on behalf of CDCR.

5. The Parties further agree and stipulate that the amendment or modification to the operative Complaint (Doc. 12) may be made by interlineation on the original complaint and any other documents deemed necessary by the District Court clerk.

6. The Parties further agree that this Stipulation and Agreement may be signed in counterparts, and may be signed and/or transmitted electronically, including by e-mail or facsimile, and that any such document deemed to be effective and binding.

7. The Parties further agree to execute any additional documents the Court may require to carry out the Parties' intentions and requests.

8. The Parties further agree that the United States District Court for the Northern District of California shall retain jurisdiction over this case for the limited purposes of enforcing the settlement agreement.

///

2

Stipulation and Order Dismissing Defendants E. Golding and D. Kumar and Substituting California Department of Corrections and Rehabilitation as Defendant  (4:19-cv-06046-HSG)

9. The Parties further agree that each signature is made with the authorization and agreement of the individual or entity identified.

IT IS SO STIPULATED.

Dated: October 18, 2022

*O. Scott*
Donnie Scott, Plaintiff in pro per

Dated: _____

P. Arentz
California Department of Corrections and Rehabilitation

Dated: October___, 2022

ROB BONTA
Attorney General of California
BRUCE D. MCGAGIN
Supervising Deputy Attorney General


JAMIL R. GHANNAM
Deputy Attorney General
*Attorneys for Defendant California Department of Corrections and Rehabilitation*

OK2020900028
36634056.docx

3

Stipulation and Order Dismissing Defendants E. Golding and D. Kumar and Substituting California Department of Corrections and Rehabilitation as Defendant (4:19-cv-06046-HSG)

9. The Parties further agree that each signature is made with the authorization and agreement of the individual or entity identified.

IT IS SO STIPULATED.

Dated: _____

Donnie Scott, Plaintiff in pro per

Dated: November 3, 2022

*/s/ P. Arentz*
P. Arentz
California Department of Corrections and Rehabilitation

Dated:  November 3, 2022

ROB BONTA
Attorney General of California
BRUCE D. MCGAGIN
Supervising Deputy Attorney General

JAMIL R. GHANNAM
Deputy Attorney General
*Attorneys for Defendant California Department of Corrections and Rehabilitation*

OK2020900028
36634056.docx

3

Stipulation and Order Dismissing Defendants E. Golding and D. Kumar and Substituting California Department of Corrections and Rehabilitation as Defendant  (4:19-cv-06046-HSG)

# ORDER

Pursuant to the stipulation of the Parties, the Court hereby orders that the operative Complaint (Doc. 12), filed by Plaintiff Donnie Scott, is hereby amended to name the California Department of Corrections and Rehabilitation as the Defendant in place of E. Golding and D. Kumar. The Clerk is authorized to make these changes by interlineation on the operative Complaint (Doc. 12) and on other documents as appropriate or necessary. The Clerk is directed to edit the docket to add the California Department of Corrections and Rehabilitation as a defendant and terminate E. Golding and D. Kumar as defendants. Any answer or responsive pleading previously filed by E. Golding and D. Kumar shall be deemed to have been filed on behalf of the California Department of Corrections and Rehabilitation. This order is made nunc pro tunc.

**IT IS SO ORDERED.**

Hon. Haywood S. Gilliam, Jr.
District Judge
United States District Court

4

Stipulation and Order Dismissing Defendants E. Golding and D. Kumar and Substituting California Department of Corrections and Rehabilitation as Defendant  (4:19-cv-06046-HSG)