UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONNIE SCOTT,

        Plaintiff,

   v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,

        Defendant.

Case No. 19-cv-06046-HSG

**ORDER OF DISMISSAL**

Plaintiff filed the instant civil rights action pursuant to 42 U.S.C. § 1983. On November 8, 2022, the parties filed a stipulated dismissal of the entire case pursuant to Fed. R. Civ. P. 41(a)(1)(ii), which states as follows:

> Plaintiff Donnie Scott, and Defendant California Department of Corrections and Rehabilitation, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that all claims and causes of action against Defendant California Department of Corrections and Rehabilitation be dismissed with prejudice in accordance with the parties' settlement agreement, with Plaintiff and Defendant each bearing their own attorney's fees and costs.
>
> It is so stipulated.

Dkt. No. 85. The stipulation is signed by both Plaintiff and counsel for Defendant. *Id.* Accordingly, IT IS HEREBY ORDERED THAT this entire action, and Defendant, are DISMISSED WITH PREJUDICE. The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: 11/28/2022

                                                    HAYWOOD S. GILLIAM, JR.
United States District Judge