UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE SCOTT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITION,<br><br>　　　　　Defendant. | Case No. 19-cv-06046-HSG<br><br>**ORDER REQUIRING RESPONSE FROM DEFENDANT**<br><br>Re: Dkt. No. 87 |

The Court ORDERS Defendant to file a response to Plaintiff's motion to enforce the settlement agreement (Dkt. No. 87) by June 29, 2023. In particular, Defendant shall address: (1) whether Plaintiff has received the agreed-upon settlement payment, and (2) if Plaintiff has not yet received the payment, the reason for the delay in payment, and when payment will occur.

**IT IS SO ORDERED.**

Dated: 6/23/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge