UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE SCOTT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILIT,<br><br>　　　　Defendant. | Case No. 19-cv-06046-HSG<br><br>**ORDER REQUIRING RESPONSE FROM PLAINTIFF** |

Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983. The parties settled this case, and on November 28, 2022, the Court dismissed this action pursuant to the parties' stipulation. Dkt. No. 86. Plaintiff has filed a motion to enforce the settlement agreement. Dkt. No. 87. Defendant has informed the Court that Plaintiff should receive his settlement payment by August 1, 2023. Dkt. No. 89 at 3. In light of this representation, the Court will defer ruling on Plaintiff's motion until August 4, 2023. By August 4, 2023, Plaintiff shall file a status update with the Court informing the Court: (1) whether he has received the settlement payment, and (2) whether he wishes to proceed with his motion to enforce the settlement agreement.

**IT IS SO ORDERED.**

Dated:   6/30/2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge