UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE SCOTT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILIT,<br><br>　　　　Defendant. | Case No. 19-cv-06046-HSG<br><br>**ORDER GRANTING REQUEST TO WITHDRAW MOTION TO ENFORCE SETTLEMENT AGREEMENT; DENYING AS MOOT MOTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>Re: Dkt. Nos. 87, 91 |

　　Good cause being shown, the Court GRANTS Plaintiff's request to withdraw his motion to enforce the settlement agreement. Dkt. No. 91. In light of this withdrawal, the Court DENIES the motion to enforce the settlement agreement as moot. Dkt. No. 87. This case remains closed.

　　This order terminates Dkt. Nos. 87, 91.

　　**IT IS SO ORDERED.**

Dated: 7/6/2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　United States District Judge